**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **New Beginnings Healthcare & Rehab, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2901129** | |
| 4. | **Debtor's address** | **Principal place of business** **4704 Hixson Pike** **Hixson, TN 37343** Number, Street, City, State & ZIP Code **Hamilton** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://newbeginningscare.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: _____ | |

Debtor **New Beginnings Healthcare & Rehab, LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
     __3110__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **New Beginnings Healthcare & Rehab, LLC** _____ Case number (*if known*) _____
    <sub>Name</sub>

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **New Beginnings Healthcare & Rehab, LLC**              Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 22, 2016**
             MM / DD / YYYY

X  **/s/ Debbie Jones**                                    **Debbie Jones**
   Signature of authorized representative of debtor         Printed name

Title  **Member**


**18. Signature of attorney**

X  **/s/ David J. Fulton**                                 Date  **January 22, 2016**
   Signature of attorney for debtor                              MM / DD / YYYY

**David J. Fulton**
Printed name

**Scarborough & Fulton**
Firm name

**701 Market Street, Suite 1000**
**Chattanooga, TN 37402**
Number, Street, City, State & ZIP Code

Contact phone  **(423) 648-1880**      Email address  **DJF@sfglegal.com**

**6102**
Bar number and State

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **New Beginnings Healthcare & Rehab, LLC**　　　　　Case No.　_____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

　　The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **January 22, 2016**　　　　　　　　　　**/s/ Debbie Jones**
　　　　　　　　　　　　　　　　　　　　　　　**Debbie Jones**/**Member**
　　　　　　　　　　　　　　　　　　　　　　　Signer/Title

Date:  **January 22, 2016**　　　　　　　　　　**/s/ David J. Fulton**
　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　　　　　　　**David J. Fulton 6102**
　　　　　　　　　　　　　　　　　　　　　　　**Scarborough & Fulton**
　　　　　　　　　　　　　　　　　　　　　　　**701 Market Street, Suite 1000**
　　　　　　　　　　　　　　　　　　　　　　　**Chattanooga, TN 37402**
　　　　　　　　　　　　　　　　　　　　　　　**(423) 648-1880   Fax: (423) 648-1881**

```
3MC CONSULTING
PO BOX 6541
Macon, GA 31208

Abercrombie, Martha
9630 Deer Ridge Drive
Ooltewah, TN 37363

Accountemps
12400 Collections Center Drive
Chicago, IL 60693

ADCARE
2 BUCKHEAD PLAZA
3050 PEACHTREE RD NW
SUITE 355
Atlanta, GA 30305

Alere Toxicology
Box 536506
Pittsburgh, PA 15253-5907

American Association for Long Term Care
PO Box 62956
Cincinnati, OH 45262-0956

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Healthtech
574 Highland Colony Pkwy, Suite 200
Ridgeland, MS 39157

ANGIE PRIDGEN
1317 VILLAGE GREEN DR
Hixson, TN 37343

Arkansas Health Care Association
1401 W Capital Ave STE 180
Little Rock, AR 72201

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

At&T   Atlanta
PO Box 105262
Atlanta, GA 30348-5262

Bank of America
PO Box 15220
Wilmington, DE 19886-5220
```

```
BlueCross BlueSheild of TN
Group Receipts Department
PO Box 6539
Carol Stream, IL 60197-6539

Brown, April
5287 Ivy Creek
Lakeland, TN 38002

Candlewood Suites
10520 West Markham
Little Rock, AR 72205

Candlewood Suites-Del City, OK
5300 Main St
Del City, OK 73115

Careerbuilder, LLC
13047 Collection Center Drive
Chicago, IL 60693-0130

Cartridge World
5502 Hixson Pike, Suite I,
Hixson, TN 37343

CCH Incorporated
PO Box 4307
Carolstream, IL 60197-4307

Charon Planning
2600 Kelly Road Suite 300
Warrington, PA 18976

Chattanooga Associates
1000 Bunker Ridge Trail
Soddy Daisy, TN 37379

Chattanooga Times Free Press
400 E 11th street
Chattanooga, TN 37403

Citizens One Auto Finance
PO Box 42113
Providence, RI 42113

CITIZENS SECURITY LIFE
PO BOX 436149
Louisville, KY 40253

Compliance Poster Company
PO Box 607
Monrovia, CA 91016
```

Council on Alcohol and Drugs
270 Peachtree St NW
Suite 2200
Atlanta, GA 30303-1283

Creative Business Audio
7012 Madison Ave
Suite A
Des Moines, IA 50322

Curtis, Craig
6718 West Point Drive
Hixson, TN 37343

Data Facts
PO Box 4276
Cordova, TN 38088

Dawn Hendrix
1923 East 33rd Street
Chattanooga, TN 37407

Duff, Kelly
1984 Rock Springs Road
Columbia, TN 38401

Eastman Healthcare & Rehab
556 Chester Hwy
Eastman, GA 31023

EBT Healthcare Partners
PO Box 10328
1900 N Winston Road
Suite 100
Knoxville, TN 37939

EPB
Attn: Payment Processing
PO Box 182254
Chattanooga, TN 37422-7254

EPB Fiber Optics
PO Box 182251
Chattanooga, TN 37422-7251

episode49, LLC
PO Box 4492
Chattanooga, TN 37405

eSolutions
WS# 165
PO Box 414378
Kansas City, MO 64141

```
Evans Law Firm
600 Georgia Avenue
Suite 4
Chattanoogan, TN 37402

FCM First Choice Medical
127 Interstate Dr
Richland, MS 39218

FedEx
PO Box 660481
Dallas, TX 75266-0481

Frost, Beverly
609 Hwy 46
Glenwood, GA 31014

Fulford, Tiffany
2233 Purvis Road
Rentz, GA 31075

GE Capital Bank
PO Box 1978
Cranberry Twp, PA 16066

Gearhiser, Peters, Elliott & Cannon PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Gemino
1 International Plaza, Ste 220
Philadelphia, PA 19113

Georgia Dept of Revenue
Taxpayer Services Div
PO Box 740321
Atlanta, GA 30374-0321

Graham, Scott
S&R Landscaping
975 Cardinal Lane NW
Cleveland, TN 37312

GUARANTEE INS CO
PO BOX 406012
Atlanta, GA 30384

Guardian
PO Box 677458
Dallas, TX 75267-7458

Hamilton County Trustee
PO Box 11047
Chattanooga, TN 37401
```

```
Hamlin & Burton
Liability Management, Inc
615 Crescent Excutive Court, Ste212
Lake Mary, FL 32746

Hixson Utility District
5201 Hixson Pike
PO Box 1598
Hixson, TN 37343-5598

Holiday Inn  Macon
3953 River Place Drive
Macon, GA 31210

Holiday Inn Express & Suites  GA
1102 Arc Way Dr
Cordele, GA 31015

Holiday Inn Express & Suites TN
4820 Hixson Pike
Hixson, TN 37343

Holiday Inn Express Savannah
4601 US Highway
Richmond Hill, GA 31324

Howard, Joseph
1910 Presswood Drive
Hixson, TN 37343

InCorp Services Inc
PO Box 94438
Las Vegas, NV 89193-4438

Indeed, Inc
Dept 2652
PO Box 122652
Dallas, TX 75312-2652

Integris Bass Occujpational Medicine
4014 S 3Rd
Enid, OK 73701

Jason Underwood CPA, PLLC
PO Box 677
Signal Mountain, TN 37377

John Reed Healthcare & Rehab, LLC
4704 Hixson Pike
Hixson, TN 37343

Julie Spencer
```

```
KBA SELF FUNDED
PO BOX 1843
Indianapolis, IN 46206

Lonesource
114 Maclemam Drove
Suite 300
Cary, NC 27511

Matheney Stees & Associates
6136 Shallowford Road
Suite 101
Chattanooga, TN 37421-7214

McSween, Rochelle
120 Kentucky Way
Mcdonough, GA 30252

Modern Way Printing & Fulfillment
PO Box 707
Ooltewah, TN 37363-0707

National Benefit Services, LLC
PO Box 6980
West Jordan, UT 84084

National Staffing Solutions
c/o Harry Cash
633 Chestnut St. Suite 900
Chattanooga, TN 37450

NCS Pearson Inc
13036 Collection Center Drive
Chicago, IL 60693

Nethery, Brigetta
709 Northbrook Drive
Hixson, TN 37343

New Beginnings Care LLC
4704 Hixson Pike
Hixson, TN 37343

Next Generation Enrollment,Inc
PO Box 527
Ada, MI 49301

Omnicare Pharmacy
PO Box 715268
Columbus, OH 43271

Orange Grove Document Destruction
Better Shred than Read
460 DodsonAvenue
Chattanooga, TN 37404
```

PENNY ROBERTS

Pitney Bowes Global Financial Services L
PO Box 371887
Pittsburgh, PA 15250-7887

Plateau Leasing, LLC
PO Box 24355
Chattanooga, TN 37422

Porsche Payment Center
75 Remittance Drive
Suite 1738
Chicago, IL 60675

Property Valuation Services
14400 Metcalf Avenue
Overland Park, KS 66223

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Reliant Management Group
6860 Dallas Parkway
Suite 550
Dallas, TX 75204

Relias Learning
310 East Main Street, Suite 110
Charlottesville, VA 22902

Renaissance Physician Services
3917 Volunteer Dr
Suite 5
Chattanooga, TN 37416

Republic Services # 997
PO Box 9001099
Louisville, KY 40290-1099

RYDEK
PO BOX 8243
Pasadena, CA 91109

Security Archives
929 Airport Road
Hot Springs, AR 71913

SNF Solutions
10506 420th Ave SE
North Bend, WA 98045

STAPLES ADVANTAGE
PO Box 83689
Chicago, IL 60696-3689

State Farm
5506 Hwy 153 Suite 114
Hixson, TN 37343-6713

Stettler, Melissa
110 Capstan CT
Savannah, GA 31410

SUNTRUST
PO BOX 791144
BALTIMORE 21279-1144

Tasc Client Invoices
PO Box 88278
Milwaukee, WI 53288-0001

Teladoc
PO Box 974763
Dallas, TX 75397-4763

Tennessee Secretary of State
312 ROSA L. PARKS AVE
6TH FLOOR
NASHVILLE, TN 37243-1102

Think ANew
PO Box 669
Madison, MS 39110

Thomas & Thorgren
One Vantage Way
Suite-A105
PO Box 280100
Nashville, TN 37228

TIS
P.O. Box 10328
Knoxville, TN 37939

TN Department of Health
C/o Department of Revenue
PO Box 198990
Nashville, TN 37219-8990

Toll-By-Plate
PO Box 105477
Atlanta, GA 30348-5477

TownePlace Suites
12 Crossing Ct
Little Rock, AR 72205

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5855

Toyota Financial Services
19001 S. Western Avenue
Torrance, CA 90501

TRUMEDICAL SOLUTIONS
PO BOX 1869
Collegedale, TN 37315

TruShine Window Washers
5600 Saint Elmo Avenue
Chattanooga, TN 37409

United Healthcare
Dept. CH 10151
Palatine, IL 60055-0151

United Security of America
PO Box 22433
Chattanooga, TN 37422

US Teks
120 Yeager Parkway
Pelham, AL 35124

Verizon
PO Box 660108
Dallas, TX 75266-0108

Vikus Corporation
2255 Center Street
Chattanooga, TN 37421

Walker, Terry
1430 Bio Church Road
Hartwell, GA 30643

Wescom Solutions Inc.
PO Box 674802
Detroit, MI 04826-7482

Whiddon, Tammy
210 Southland Station apt 98
Warner Robins, GA 31088

Wolters Kluwer
Attn: Billing Department
20101 Hamilton Ave Ste 200
Torrance, CA 90502