# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| New Beginnings Care, LLC | ) | Case No. 16-10272 NWW |
| Abbeville Healthcare & Rehab, LLC | ) | Case No. 16-10273 NWW |
| Campus Healthcare & Rehab, LLC | ) | Case No. 16-10275 NWW |
| Cedarcreek Healthcare & Rehab, LLC | ) | Case No. 16-10276 NWW |
| Eastman Healthcare & Rehab, LLC | ) | Case No. 16-10277 NWW |
| Edwards Redeemer Healthcare & Rehab, LLC | ) | Case No. 16-10278 NWW |
| Goodwill Healthcare & Rehab, LLC | ) | Case No. 16-10279 NWW |
| Jeffersonville Healthcare & Rehab, LLC | ) | Case No. 16-10280 NWW |
| Mt Pleasant Healthcare & Rehab, LLC | ) | Case No. 16-10282 NWW |
| Oceanside Healthcare & Rehab, LLC | ) | Case No. 16-10283 NWW |
| Pinewood Healthcare & Rehab, LLC | ) | Case No. 16-10284 NWW |
| Rockmart Healthcare & Rehab, LLC | ) | Case No. 16-10285 NWW |
| Savannah Beach Healthcare & Rehab, LLC | ) | Case No. 16-10286 NWW |
| Woodlands Healthcare & Rehab, LLC | ) | Case No. 16-10287 NWW |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered Requested |

---

### ACTION OF MEMBER OF
### NEW BEGINNINGS CARE, LLC

Effective January 22, 2016

---

The undersigned member of New Beginnings Care, LLC, ("New Beginnings"), consents to the following action, and authorizes and approves the action, this instrument to have the same force and effect as if the action had been taken by unanimous vote at a meeting of the members held on the above date.

RESOLVED, it is desirable and in the best interests of New Beginnings its creditors, members and other interested parties, that a petition for reorganization be filed by New Beginnings under the provisions of Chapter 11 of the Bankruptcy Code; and

FURTHER RESOLVED, that Debbie Jones, Member, be, and she hereby is, authorized and directed on behalf of and in the name of New Beginnings to execute and verify a petition under Chapter 11 with the United States Bankruptcy Court for the Eastern District of Tennessee.

FURTHER RESOLVED, that Debbie Jones, be, and she hereby is, authorized to execute and file all petitions, schedules, lists and other papers to take any and all actions which she deems necessary and/or proper in connection with such proceeding under said Chapter 11, and in that connection to retain and employ all assistance by legal counsel which she may deem necessary or proper with a view to the successful termination of such proceeding.

FURTHER RESOLVED that Debbie Jones shall be and is hereby authorized to retain David J. Fulton and Scarborough & Fulton to file a petition and reorganization under Chapter 11 of the Bankruptcy Code to represent the Debtors in bankruptcy, and to do any and all other acts necessary or pertaining thereto.

IN WITNESS WHEREOF, the Member of New Beginnings, with full authority from the members, has executed this instrument effective as of the date first above written, and it shall be filed with the minutes of the proceedings of New Beginnings.

_____
Debbie Jones          Member