UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

In re:

New Beginnings Care, LLC, et. al. [1]          )     Case No. 1:16-bk-10272-NWW
                                               )
                                               )     Chapter 11
                                               )
                     Debtors.                  )     (Jointly Administered)
_____

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**
_____

Comes now the U. S. Trustee, by and through counsel, and hereby appoints the unsecured

creditors listed below to the Committee of Unsecured Creditors pursuant to 11 U.S.C. §1102:

**Accurate Healthcare, Inc.**
Committee Member:
James E. Hobbs, President
493 Cave Road
Nashville,  TN 37210
Direct Dial: 615-874-0011
Facsimile: 615-724-2197
Email:  jhobbs4384.com

**Medline Industries, Inc.**
Committee Member:
Shane Reed, Director A/R Services
1 Medline Place
Mundelein, IL  60060
Direct Dial:  847-643-4103
Facsimile:  866-914-2729
Email:  sreed@medline.com

**PharMerica Corporation**
Attorney
Phillip A. Martin
Fultz Maddox Dickens PLC
101 South Fifth St., 27th Floor
Louisville, KY  40202
Direct Dial: 502-588-2000
Facsimile:  502-588-2020
Email: pmartin@fmdlegal.com

---

[1] New Beginnings Care, LLC, Case No. 1:16-bk-10272-NWW,  d/b/a Abbeville Healthcare & Rehab, LLC, Case No. 1:16-bk-10273-NWW, d/b/a Campus Healthcare & Rehab, LLC, Case No. 1:16-bk-10275-NWW, d/b/a Cedarcreek Healthcare & Rehab, LLC, Case No. 1:16-bk-10276-NWW, d/b/a Eastman Healthcare & Rehab, LLC, Case No. 1:16-bk-10277-NWW, d/b/a Edwards Redeemer Healthcare & Rehab, LLC, Case No. 1:16-bk-10278-NWW, d/b/a Goodwill Healthcare & Rehab, LLC, Case No. 1:16-bk-10279-NWW, d/b/a Jeffersonville Healthcare & Rehab, LLC, Case No. 1:16-bk-10280-NWW, d/b/a Mt Pleasant Healthcare & Rehab, LLC, Case No. 1:16-bk-10282-NWW, d/b/a Oceanside Healthcare & Rehab, LLC, Case No. 1:16-bk-10283-NWW, d/b/a Pinewood Healthcare & Rehab, LLC, Case No. 1:16-bk-10284-NWW, d/b/a Rockmart Healthcare & Rehab, LLC, Case No. 1:16-bk-10285-NWW,  d/b/a Savannah Beach Healthcare & Rehab, LLC, Case No. 1:16-bk-10286-NWW, d/b/a Woodlands Healthcare & Rehab, LLC, Case No. 1:16-bk-10287-NWW

The Organizational Meeting of the Committee will be held on Thursday, February 18,

2016 at 2:00 p.m., in the Historic U.S. Courthouse, 31 East 11th Street, Basement Room 18,

Chattanooga, Tennessee.

Respectfully submitted,

Samuel K. Crocker
United States Trustee
Region 8

/s/ David Holesinger
David Holesinger
Trial Attorney
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, a true copy of the Notice of Appointment of

Committee of Unsecured Creditors was filed electronically in the Court's ECF system and

served by either Notice of Electronic Filing or first class, postage paid U. S. Mail to the members

of the Committee and David Fulton, Attorney for the Debtor, at email:

David J Fulton
Email: djf@sfglegal.com

/s/ David Holesinger
David Holesinger
Trial Attorney
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153