# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **New Beginnings Care, LLC**                                     Case No.  **1:16-bk-10272**
                                    Debtor(s)                           Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **New Beginnings Care, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 15, 2016** | **/s/ David J. Fulton** |
| Date | **David J. Fulton 6102** |
| | Signature of Attorney or Litigant |
| | Counsel for  **New Beginnings Care, LLC** |
| | **Scarborough & Fulton** |
| | **701 Market Street, Suite 1000** |
| | **Chattanooga, TN 37402** |
| | **(423) 648-1880 Fax:(423) 648-1881** |
| | **DJF@sfglegal.com** |