**The court reserves the right to reconsider whether notice of the motion was adequate at the hearing.**

**SO ORDERED.**
**SIGNED this 24th day of March, 2016**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

___

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| In re: | ) | |
| New Beginnings Care, LLC, et. al. | ) | Case No. 1:16-bk-10272-NWW |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |

___

ORDER APPROVING DEBTORS' EXPARTE MOTION TO SET EMERGENCY HEARING ON DEBTORS' MOTION FOR ADMINISTRATIVE ORDER UNDER 11 U.S.C. §§ 105 and 331 ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS
{DOC 333}

___

Upon Motion of the Debtors, for good cause shown and no adverse interest appearing, it is hereby

ORDERED that the Court will conduct an emergency hearing on March 29, 2016 at 9:00 a.m., Third Floor of the United States Bankruptcy Court, Historic US Courthouse, 31 East 11th Street, Chattanooga, Tennessee to consider the following DEBTORS' MOTION FOR ADMINISTRATIVE ORDER UNDER 11 U.S.C. §§ 105

and 331 ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS{DOC 333};

It is further;

ORDERED that the Debtors shall provide notice of this hearing by service of this Order in order of preference by email, facsimile or overnight delivery upon the those parties requesting service, The United States Trustee's Office, United States Attorney, and including to whom and how service was made.

# # #

APPROVED FOR ENTRY:

SCARBOROUGH & FULTON

/s/David J. Fulton
David J. Fulton, #006102
701 Market Street, Ste. 1000
Chattanooga, TN   37402
(423) 648-1880
(423) 648-1881 (facsimile)
djf@sfglegal.com