**SO ORDERED.**
**SIGNED this 31st day of March, 2016**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

In re:

| | | |
|---|---|---|
| New Beginnings Care, LLC, et. al. | ) | Jointly Administered Under |
| | ) | |
| | ) | Case No. 1:16-bk-10272-NWW |
| Debtors. | ) | Chapter 11 |
| | ) | |

_____

**ORDER APPROVING APPLICATION FOR APPROVAL OF EMPLOYMENT OF LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 18, 2016**

_____

This came before the Court upon the Motion of the Official Committee of Unsecured Creditors (the "Committee") requesting authority to employ Farinash & Hayduk as its local bankruptcy counsel *Nunc Pro Tunc* to February 18, 2016. It appearing to the satisfaction of the Court that notice of the Motion was provided pursuant to Local Rule 9013-1(h) on March 8, 2016, and that there were no objections to the Application within the deadline established by Local Rule, and accordingly the Application should be granted without further notice or hearing, it is

ORDERED as follows:

a) The Committee is hereby authorized to retain Farinash & Hayduk as its local counsel to represent it in all matters related to the above Chapter 11 case, pursuant § 327 and Bankruptcy Rule 2014, under the terms and conditions set forth in the Application *Nunc Pro Tunc* to February 18, 2016.

b) No funds may be applied to post-petition fees or expenses absent entry of an order approving the fees and expenses to be paid.

# # #

APPROVED FOR ENTRY:

FARINASH & HAYDUK

By: /s/ Jerrold D. Farinash
JERROLD D. FARINASH, (BPR #10220)
100 West M L King Blvd, Ste. 816
Chattanooga, Tennessee 37402
jdf@fandhlawfirm.com
(423) 805-3100

-and-

ARENT FOX LLP
Robert M. Hirsh, Esq.
Leah M. Eisenberg, Esq.
1675 Broadway
New York, NY 10019
(212) 484-3900

Proposed Counsel for the Official
Committee of Unsecured Creditors