**SO ORDERED.**
**SIGNED this 31st day of March, 2016**

*Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| IN RE: | §Chapter 11 |
| | § |
| New Beginnings Care, LLC, et al. | § |
| | § |
| | §Case No. 16-10272 NWW |
| | § |
| Debtors. | §Jointly Administered |

### ORDER AUTHORIZING RETENTION OF COHNREZNICK LLP AS
### FINANCIAL ADVISORS TO THE COMMITTEE OF UNSECURED CREDITORS

THIS CAUSE came before the Court on the application of the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors-in-possession (collectively, the "Debtor"), for an entry of an order to employ and retain CohnReznick LLP ("CohnReznick") as its financial advisor effective as of February 18, 2016, and upon consideration of the Zucker Affidavit in support of the Application; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.  Having considered the matter, the Court finds that the relief requested in the Application is in the best interests of the Estate and of the creditors.

Accordingly, it is hereby ORDERED as follows:

1. The Application is GRANTED.

2. The Committee is authorized to retain CohnReznick LLP as its financial advisors as of February 18, 2016 to perform the duties as set forth in the Application;

3. CohnReznick shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331 and applicable Bankruptcy Rules.

###

PREPARED AND APPROVED FOR ENTRY:

FARINASH & HAYDUK

By: /s/ Jerrold D. Farinash
JERROLD D. FARINASH, (BPR #10220)
100 West M L King Blvd, Ste. 816
Chattanooga, Tennessee 37402
jdf@fandhlawfirm.com
(423) 805-3100

-and-

ARENT FOX LLP
Robert M. Hirsh, Esq.
Leah M. Eisenberg, Esq.
1675 Broadway
New York, NY 10019
(212) 484-3900

Proposed Counsel for the Official
Committee of Unsecured Creditors