

**SO ORDERED.**
**SIGNED this 20th day of October, 2016**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| IN RE: ) | Jointly Administered Under Case No. 1:16-bk-10272-NWW |
| ) | |
| NEW BEGINNINGS CARE, LLC, *et al.*, ) | |
| ) | Chapter 11 |
| Debtors.[1] ) | |

### SEVENTH ORDER EXTENDING AND AMENDING
### FOURTH INTERIM CASH COLLATERAL ORDER

This matter is before the Court following a hearing on October 19, 2016, on *Debtors' Expedited Motion for Authority to Use Cash Collateral, Granting Adequate Protection to the Pre-Petition Lender, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 6] (the "**Cash Collateral Motion**") filed on January 24, 2016, by the Debtors, and the *Emergency*

---

[1] As used herein, the term "**Debtors**" means New Beginnings Care, LLC (Case No. 16-10272-NWW), Eastman Healthcare & Rehab, LLC (Case No. 16-10277-NWW), Edwards Redeemer Healthcare & Rehab, LLC (Case No. 16-10278-NWW), Pinewood Healthcare & Rehab, LLC (Case No. 16-10284-NWW), and Woodlands Healthcare & Rehab, LLC (Case No. 16-10287-NWW), provided that no Debtor shall be authorized to use cash collateral after its chapter 11 case has been converted to chapter 7.

*Motion of Gemino Healthcare Finance, LLC, for Relief From the Automatic Stay or, in the Alternative, for Adequate Protection* [Docket No. 147] (the "**Gemino Motion**"), filed by Gemino Healthcare Finance, LLC ("**Gemino**"). On May 10, 2016, the Court entered the *Fourth Interim Order on Debtors' Motion for Order Authorizing Use of Cash Collateral and Notice of Final Hearing* [Docket No. 479], which was amended and extended by the *Order Extending and Amending Fourth Interim Cash Collateral Order* [Docket No. 522] entered on May 19, 2016, and was further amended by the *Order* [Docket No. 575] entered on June 8, 2016, extending the use of cash collateral, and was further amended by the *Third Order Extending and Amending Fourth Interim Cash Collateral Order* [Docket No. 626] entered on June 21, 2016, and was further amended by the *Fourth Order Extending and Amending Fourth Interim Cash Collateral Order* [Docket No. 693] entered on July 11, 2016, and was further amended by the *Fifth Order Extending and Amending Fourth Interim Cash Collateral Order* [Docket No. 790] entered on August 9, 2016, and was further amended by the *Sixth Order Extending and Amending Fourth Interim Cash Collateral Order* [Docket No. 823] entered on September 16, 2016 (collectively, and as at any time further amended, modified or supplemented by order of the Court, the "**Cash Collateral Order**").

At the hearing on October 19, 2016, the parties announced that they had agreed upon the terms and conditions of this Order. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Paragraph 1(a) of the Cash Collateral Order is hereby amended to delete the date "October 19, 2016" and to substitute in lieu thereof the date "December 7, 2016."

2. The Budget referenced in the Cash Collateral Order is amended and supplemented by the budget attached to this Order. No later than 5:00 p.m. on December 1, 2016, the Debtors

shall send to Gemino, and file with the Court, a proposed cash flow budget on a facility-by-facility basis for a period of not less than eight weeks.

3. The hearings on the Cash Collateral Motion and the Gemino Motion are hereby CONTINUED and will be held at **1:00 p.m. on December 6, 2016, at Third Floor Courtroom A, Historic Post Office and Courthouse, 31 East 11th Street, Chattanooga, Tennessee 37402.**

4. Except as expressly modified in this Order, the Cash Collateral Order remains in full force and effect and is enforceable according to its terms.

* * *

APPROVED FOR ENTRY:

*/s/ David J. Fulton (w/ express permission)*
David J. Fulton
Scarborough & Fulton
701 Market Street
Suite 1000
Chattanooga, TN 37402
423- 648-1880
Fax : (423) 648-1881
Email: djf@sfglegal.com
*Attorney for Debtors*

*/s/ Jeffrey W. Maddux*
Jeffrey W. Maddux (BPR No. 027394)
Chambliss, Bahner & Stophel, P.C.
Liberty Tower – Suite 1700
605 Chestnut Street
Chattanooga, Tennessee 37450
Telephone: (423) 756-0296
Facsimile: (423) 508-1296
jmaddux@chamblisslaw.com

and

James S. Rankin, Jr.
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street NW
Suite 3600
Atlanta, Georgia, 30308
Telephone No.: (404)420-5560
Facsimile No.: (404) 522-8409
E-mail Address: jrankin@phrd.com
*Attorneys for Gemino Healthcare Finance, LLC*


*/s/ Robert M. Hirsh (w/ express permission)*
Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone No.: (212) 457-5430
Email: Robert.Hirsh@arentfox.com
*Attorneys for Official Committee of Unsecured Creditors*


*/s/ David J. Holesinger (w/ express permission)*
David Holesinger
Office of the United States Trustee
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
423-752-5562
Email: david.holesinger@usdoj.gov
*United States Trustee*

**New Beginnings and Affiliates**

|  | Week #41 10/31/2016 | Week #42 11/7/2016 | Week #43 11/14/2016 | Week #44 11/21/2016 | Week #45 11/28/2016 | Week #46 12/5/2016 |
|---|---:|---:|---:|---:|---:|---:|
|  | 37 Projected | 38 Projected | 39 Projected | 40 Projected | 41 Projected | 42 Projected |
| **Projected Cash at Beginning of Period** | $ 4,663 | $ 23,308 | $ 72,771 | $ 71,228 | $ 26,991 | $ 4,856 |
| Medicaid | 331,000 | 198,000 | 245,000 | 302,000 | 321,000 | 198,000 |
| Medicaid Add Back Recoupments for Bed Taxes | - | - | - | - | - | - |
| Medicare | 9,100 | 7,100 | 345,000 | 40,500 | 9,100 | 7,100 |
| Other Receipts - Managed Care and Private Pay | 47,000 | 155,000 | 33,000 | 33,000 | 28,000 | 125,000 |
| Receipts from Operations | 387,100 | 360,100 | 623,000 | 375,500 | 358,100 | 330,100 |
| Other Receipts | - | - | - | - | - | - |
| **Total Receipts** | **387,100** | **360,100** | **623,000** | **375,500** | **358,100** | **330,100** |
| Payroll | (189,000) | (145,000) | (218,000) | (145,000) | (218,000) | (145,000) |
| Payroll Taxes | (76,000) | (48,000) | (76,000) | (48,000) | (68,000) | (56,000) |
| IRS | - | - | - | - | - | - |
| **Payroll & Payroll Taxes** | **(265,000)** | **(193,000)** | **(294,000)** | **(193,000)** | **(286,000)** | **(201,000)** |
| State of Georgia | - | - | - | - | - | - |
| State of Ohio | - | - | - | - | - | - |
| State of Oklahoma | - | (20,000) | - | - | - | (20,000) |
| State of Tennessee | - | - | - | - | - | - |
| **Bed Taxes** | **-** | **(20,000)** | **-** | **-** | **-** | **(20,000)** |
| AdCare (2) - Oceanside, Savannah, ~~Jeffersonville~~ | - | - | - | - | - | - |
| Global REIT (2) - Eastman, ~~Goodwill~~, Ed Redeemer | - | - | (94,900) | - | - | - |
| Brogdon (2) - ~~Abbeville~~, Pinewood, Woodlands | - | - | (106,754) | - | - | - |
| ~~Gibson Campus, Cedarcreek~~ | - | - | - | - | - | - |
| ~~Milkwick - Rockmart~~ | - | - | - | - | - | - |
| Omega (1) Mt. Pleasant | - | - | - | - | - | - |
| **Landlord Rent - 7 Facilities** | **-** | **-** | **(201,654)** | **-** | **-** | **-** |
| Real Estate Taxes on 7 Leased Facilities | - | - | - | - | - | - |
| Pharmerica Prescription (GA, OK) | - | - | - | (57,000) | - | - |
| Remedi Pharmacy (Ohio) | - | - | - | - | - | - |
| PNS Pharmacy (TN) | - | - | - | - | - | - |
| **Pharmacy** | **-** | **-** | **-** | **(57,000)** | **-** | **-** |
| Point Click Care aka Wescom - software | - | - | - | (6,812) | - | - |
| ThinkANew - IT/Creative Business Audio/Careserv | - | - | - | (11,240) | - | - |
| Optima Solutions - Therapy/esolutions/IN2L | - | (2,120) | - | - | - | (2,120) |
| **IT & Software Support** | **-** | **(2,120)** | **-** | **(18,052)** | **-** | **(2,120)** |
| Sysco - Food (now COD) | (18,650) | (18,650) | (18,650) | (18,650) | (18,650) | (18,650) |
| Food vendors (Local) | - | - | - | - | - | - |
| Generational Nutritional | (4,000) | - | - | - | - | (4,000) |
| **Food & Dietary** | **(22,650)** | **(18,650)** | **(18,650)** | **(18,650)** | **(18,650)** | **(22,650)** |
| BCBS Health Insurance Employee Benefit | - | - | - | (31,300) | - | - |
| IPFS / Guarantee- All lines insurance | - | - | (38,300) | (14,000) | - | - |
| Ohio Work Comp Insurance | - | - | - | - | - | - |
| **Insurance** | **-** | **-** | **(38,300)** | **(45,300)** | **-** | **-** |
| Utilities / Phone / Cable TV | (7,000) | (16,800) | (6,300) | (25,300) | (7,000) | (16,800) |
| Grove Medical Supplies (now COD)/Twin Med | (9,900) | (9,900) | (9,900) | (7,400) | (7,400) | (7,400) |
| Southeast Equip & Oxygen/Amerigas | (800) | (600) | (800) | (600) | (2,300) | (800) |
| Mobile Images - Patient X-Ray/Ecolab/Alere | (225) | (25) | (625) | (625) | (225) | (25) |
| Office Supplies/Shred-it/FedEx/Direct Supply/COS | (550) | (550) | (762) | (550) | (550) | (550) |
| Steri-Cycle - disposal hazmat/Exterminator/Waste | (250) | (450) | (2,950) | - | (250) | (450) |
| Ambulatory companies/Linen/Its Never 2 Late | - | - | - | - | - | - |
| Simplex (alarm system)/Tyco Security/Data Facts | - | - | - | - | - | - |
| Miscellaneous Other Costs | (14,800) | (14,800) | (14,800) | (14,800) | (14,800) | (14,800) |
| **Facility Level Operating Expenses** | **(33,525)** | **(43,125)** | **(36,137)** | **(49,275)** | **(32,525)** | **(40,825)** |
| Alterra - payroll processing | (1,000) | (1,000) | (1,500) | (1,000) | (1,500) | (1,000) |
| 3MC Consulting (Back office) | (7,230) | (7,742) | (7,202) | (12,460) | (7,510) | (7,162) |
| U.S. Trustee Fee C-11 | - | - | - | - | - | - |
| Administrative Costs C-11 | - | - | - | - | - | - |
| Other Professional Services / Legal | - | - | - | - | - | - |
| **Professional Expenses** | **(8,230)** | **(8,742)** | **(8,702)** | **(13,460)** | **(9,010)** | **(8,162)** |
| Company Car Leases (7) | (5,500) | - | - | - | - | (5,500) |
| Copier Leases CBM (+ UCBank Office Rent)/Copier | (550) | - | (1,400) | - | (1,050) | - |
| GEMINO HEALTHCARE FINANCE | (33,000) | (25,000) | (25,700) | (25,000) | (33,000) | (25,000) |
| **Other Leases Expense (+ Gemino)** | **(39,050)** | **(25,000)** | **(27,100)** | **(25,000)** | **(34,050)** | **(30,500)** |
| **Total Expenses** | **(368,455)** | **(310,637)** | **(624,543)** | **(419,737)** | **(380,235)** | **(325,257)** |
| **Net Receipts and Expenses** | 18,645 | 49,463 | (1,543) | (44,237) | (22,135) | 4,843 |
| **Projected Cash at End of Period** | $ 23,308 | $ 72,771 | $ 71,228 | $ 26,991 | $ 4,856 | $ 9,699 |